No. 472. PUBLIC SERVICE COMM'N OF INDIANA ET AL. *v.* NORTHERN INDIANA PUBLIC SERVICE CO.

 Jurisdictional statement submitted October 21, 1933. Decided November 6, 1933. *Per Curiam:* The order granting an interlocutory injunction is affirmed. (1) *Ex parte Young,* 209 U.S. 123, 159; *Ex parte LaPrade,* 289 U.S. 444, 455, 456; (2) *Alabama* v. *United States,* 279 U.S. 229; *Binford* v. *McLeaish,* 284 U.S. 598. *Messrs. George W. Hufsmith* and *Joseph W. Hutchinson* for appellants. *Mr. John C. Lawyer* for appellee. 